### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| PLANET HOME LENDING, LLC,<br>     Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 25-00547-KD-N |
| JAMES MICHAEL COOLEY, et al..<br>     Defendant. | )<br>)<br>) | |

### ORDER

This action is before the Court on the motion to dismiss Alabama Department of Revenue. (Doc. 28). Plaintiff moves to dismiss the Alabama Department of Revenue as a party to this action because Plaintiff received additional information that the lien(s) to Alabama Department of Revenue have been satisfied. (Id.). Upon consideration, and for the reasons below, the motion is **GRANTED**.

Federal Rule of Civil Procedure 41(a) allows three types of voluntary dismissals. Plaintiff seeks a voluntary dismissal by court order under Rule 41(a)(2). Although Rule 41(a) dismissals apply to "actions," the Eleventh Circuit has repeatedly "held that a plaintiff can dismiss one defendant under rule 41(a) 'even though the action against another defendant would remain pending.'" Sanchez v. Disc. Rock & Sand, Inc., 84 F.4th 1283, 1292 (11th Cir. 2023) (quoting Plains Growers By & Through Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 253 (5th Cir. 1973)). Accordingly, it is **ORDERED** that Alabama Department of Revenue is **DISMISSED** as a party to this action.

**DONE** and **ORDERED** this the **28th** day of **April 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1