## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PLANET HOME LENDING, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 25-00547-KD-N |
| | ) | |
| JAMES MICHAEL COOLEY, et al.. | ) | |
|     Defendants. | ) | |

### ORDER

This action is before the Court on a *sua sponte* review of the record. Rule 4(m) provides a 90-day deadline for a plaintiff to serve a defendant. Fed. R. Civ. P. 4(m). The deadline for Plaintiff Planet Home Lending, LLC ("Planet Home") to serve Defendant James Michael Cooley ("Cooley") was March 31, 2026. (Doc. 1). Planet Home failed to serve Cooley by the deadline.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). A district court "must extend the time for service" if "the plaintiff shows good cause for the failure" to serve by the deadline. Id. But "Rule 4(m) grants discretion to the district court to extend the time for service of process even in the absence of a showing of good cause." Horenkamp v. Van Winkle And Co., 402 F.3d 1129, 1132 (11th Cir. 2005).

Here, Planet Home made several attempts to serve Cooley, and Planet Home filed three motions for service by publication against Cooley. The two most recent motions for service by publication were denied on June 30, 2026. (Doc. 32). Upon review of the record, the Court will make a discretionary extension of the Rule 4(m) deadline to August 3, 2026.

Accordingly, it is **ORDERED** as follows:

1

2

**On or before August 3, 2026**, Planet Home shall: (1) file a proof of service on Cooley or (2) move for a good-cause extension of the deadline under Rule 4(m). Failure to comply with this order may result in the dismissal of this action.

**DONE** and **ORDERED** this the **6th** day of **July 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

2