**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PLANET HOME LENDING, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 25-00547-KD-N** |
| | ) | |
| **JAMES MICHAEL COOLEY, *et al*.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon *sua sponte* review of the docket, the Court found that the Complaint was filed December 31, 2025, that Defendant Blue World Pools was served January 12, 2026, and that Blue World Pools had failed to answer or otherwise defend this action within six months from the filing of the Complaint. The Court advised Plaintiff Planet Home Lending LLC that pursuant to S.D. Ala. Civ. LR41(b) "[w]henever a served Defendant has failed to answer or otherwise defend within six (6) months from the filing of the complaint and the Plaintiff has not sought default and default judgment, the Court upon notice may dismiss the action for failure to prosecute, in accordance with applicable law." (doc. 34)

The Court ordered Planet Home to show cause, on or before August 3, 2026, why this action against Blue World Pools should not be dismissed. (Id.) To date, Planet Home has not responded to the order and thus, has not shown cause why Blue World Pools should not be dismissed.

Accordingly, **Defendant Blue World Pools** is **dismissed without prejudice** for failure to prosecute and failure to comply with the Court's Orders. Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits."); S.D. Ala. Civ. LR 41(a) ("Whenever the

Plaintiff has not completed service of process within the time required by Fed. R. Civ. P. 4(m), and the Defendant has not waived service under Fed. R. Civ. P. 4(d), the Court upon notice may dismiss the action in accordance with Fed. R. Civ. P. 4(m).").

DONE and ORDERED this 16th September 2026.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE